In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-01-00169-CR


______________________________




AL JAMES WILLIAMS, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 232nd Judicial District Court


Harris County, Texas


Trial Court No. 852236




 




Before Morriss, C.J., Grant and Ross, JJ.


Opinion by Chief Justice Morriss



O P I N I O N



 Al James Williams appeals from his conviction for the offense of sexual assault on a child. 
This case was consolidated for trial with two other charges which arose out of the same criminal
episode, both of which are also on appeal before this court. (1) The jury found Williams guilty of all
three offenses, and in this case assessed life imprisonment. 

 Counsel has filed a brief under Anders v. California 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d
493 (1967). Counsel states he has reviewed the record in detail. He then sets out both the procedural
history of the case and summarizes the evidence presented at trial and punishment for our review,
and concludes there are no arguable contentions of error that might result in reversal. He has
accordingly also filed a Motion to Withdraw. Counsel sent Williams a copy of his brief and advised
him by letter that he believes that there are no arguable contentions of error and informed him of his
right to review the record and file a brief pro se. No brief has been filed pro-se .

 Counsel has filed a brief which discusses the record and reviews pretrial, trial, and
punishment proceedings in detail. Counsel has thus provided a professional evaluation of the record
demonstrating why, in effect, there are no arguable grounds to be advanced, as required by High v.
State, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978); see also Stafford v. State, 813
S.W.2d 503, 510 n.3 (Tex. Crim. App. 1991).

 We have reviewed the brief in detail and have also conducted an independent review of the
record. We agree with counsel that no reversible error is apparent from this record. 

 The judgment is affirmed.


 Josh R. Morriss, III

 Chief Justice


Date Submitted: July 2, 2002

Date Decided: July 3, 2002


Do Not Publish

1. This appeal is trial court number 852236, sexual assault on a child. The companion cases
are trial court number 852235, indecency with a child, and trial court number 852237, indecency
with a child. He was sentenced to life imprisonment in this case, thirty-five years' imprisonment in
case 852235, and to fifty years' imprisonment in 852237. The first trial court made the two
sentences to run consecutively, the third to run concurrently with the life sentence.


reference"/>
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 












 
 
 
 
 
 
 




 

 

 

 

 

 

 

 

 

                                                         In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-09-00118-CV

                                                ______________________________

 

 

 

                                 IN RE:  EXPUNCTION REQUEST BY 

RALPH EDWARD EUGENE, JR.

 

 

                                                                                                  


 

 

                                         On Appeal from the 7th Judicial District Court

                                                             Smith County, Texas

                                                         Trial Court
No. 09-0401-A

 

                                                        
                                          

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            Ralph
Edward Eugene, Jr., filed his notice of appeal December 9, 2009.[1]

            Eugene
has neither paid a filing fee nor made any claim of indigency.  See
Tex. R. App. P. App. A(B)(1), 20.1.  Further, there is no information to indicate
Eugene has made efforts to have either the clerks record or reporters record
filed with this Court.

            On
February 11, 2010, we contacted Eugene by letter, giving him an opportunity to
cure the various defects, and warning him that if we did not receive an
adequate response within ten days, this appeal would be subject to dismissal
for want of prosecution.  See Tex.
R. App. P. 42.3(b), (c).

            We
have received no communication from Eugene. 
Pursuant to Tex. R. App. P.
42.3(b), (c), we dismiss this appeal for want of prosecution.

 

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          March 15, 2010

Date Decided:             March 16, 2010











[1]Originally appealed to the Twelfth Court of Appeals,
this case was transferred to this Court by the Texas Supreme Court pursuant to
its docket equalization efforts.  See Tex.
Govt Code Ann. § 73.001 (Vernon 2005).